UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michele Green,

Plaintiff,

Civil 01-379 PAM/JGL

v.

**ORDER OF DISMISSAL**

Envirecycle Ink

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September 24, 2001

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK