**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michele Weitzel-Green,

Plaintiff

vs.

Envirecycle Ink Recovery,

Defendant

Court File No. 01-379 PAM/JGL

**CONFESSION OF JUDGMENT**

---

1. On September 24, 2001, Envirecycle Ink Recovery ("Envirecycle") and Michele Weitzel-Green ("Green") entered into a Settlement Agreement and Release ("Agreement"). A copy of a letter from Envirecycle's counsel memorializing the Agreement is attached hereto as Exhibit A and incorporated herein by reference.

2. Envirecycle hereby acknowledges that all of the payments set forth in the Settlement Agreement are in fact due and owing.

3. Envirecycle understands and agrees that the settlement of Green's claims is expressly conditioned upon their payment of the sum due under the Settlement Agreement and pursuant to its failure to pay any portion of the same, irrevocable authorizes and appoints any attorney designated by Green or any court of record in the state of Minnesota to appear for it in any such court of record and waive the issuance of service and process and, by entry of a plea of confession, confesses judgment against Envirecycle in the sum of Seventy-Five Thousand ($75,000.00) Dollars.

4. This confession of judgment cannot be used as an admission of liability or for any other purpose including as evidence in any proceeding, other than to enter and collect on the judgment in the above-entitled matter.

MAR 04 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 04 2002
DEPUTY CLERK

5. Envirecycle hereby consents to the immediate execution of any judgment confessed against it and waives stay of execution thereon, waves and releases all errors which may intervene in such action and ratify and confirm all that said attorneys may do in connection with such action or by virtue thereof.

Dated: 12/18/01

Envirecycle Ink Recovery

By [signature]

Its President

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

On this 18th day of December 2001, before me, a Notary Public within and for said County and State, personally appeared David Gray on behalf of Envirecycle Ink Recovery, to me personally known, who being by me duly sworn, did state and verify that the facts and statements set forth in this instrument are true and correct to the best of his knowledge and belief, and that he executed the same as his own free act and deed.

KIMBERLY A. CULBERTSON-MILLER
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

[signature]
Notary Public

BY THE COURT.

Dated: Feb 28, 2002

[signature]
Judge Paul A. Magnuson
U.S. District Court Judge

# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

September 24, 2001

Direct Dial
(612) 335-1634
tj.conley@leonard.com

James Kaster
Nichols Kaster & Anderson
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

***VIA FACSIMILE***

**Re:** ***Michele Green v. Envirecycle Ink Recovery***

Dear Mr. Kaster:

I am writing to confirm the terms of the settlement which we reached today with the assistance of Magistrate Judge Lebedoff.

Envirecycle will agree to pay Ms. Green the sum of $50,000 in full settlement of this matter. $10,000 will be paid on October 15, 2001; the remaining $40,000 will be paid in 24 monthly installments due on the 15th of each month, beginning on November 15, 2001, in the amount of $1,666.67. Envirecycle reserves the right to accelerate these payments. The first $20,000 in payments will be characterized as monies paid for the repurchase of Ms. Green's shares in Envirecycle, to the extent consistent with any outstanding covenants with the company's other shareholders. The remaining $30,000 in payments will be treated as lost wages and subject to appropriate withholding.

Ms. Green will execute a waiver and release of all claims that she has against Envirecycle, including any claims relating to her status as a minority shareholder, and will authorize her counsel to dismiss the pending action with prejudice.

After Envirecycle has paid Ms. Green $25,000, she agrees to take all steps necessary to return her outstanding stock certificates to the company.

Envirecyle will execute a Confession of Judgment in the amount of $75,000 to be held by plaintiff's counsel. Should Envirecycle default on any of the payments required by this agreement, plaintiff's counsel may file the Confession of Judgment and obtain a judgment for $75,000, less any amounts paid under this agreement.



Ex. A

September 24, 2001
Page 2

Counsel agrees to draft a mutually acceptable letter of recommendation from Envirecycle for Ms. Green.

The parties have agreed to keep strictly confidential the terms of this settlement, including all negotiations leading to it, from today forward. Ms. Green may disclose its term to her attorneys and tax advisor; Envirecycle may disclose its terms only to its attorneys, accountants, and those employees and shareholders with a legitimate need to know. Any breach of this confidentiality will represent a breach of the underlying settlement agreement.

I believe that this accurately reflects the terms of the agreement that we reached today. Please contact me immediately if your understanding is different. Once you have confirmed that this reflects the terms of our agreement, we will draft the appropriate documentation.

Sincerely,

LEONARD, STREET AND DEINARD
*Professional Association*

By:
Thomas J. Conley

/mkv

cc: David Erickson